UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **DEBRA JANSEN,**<br><br>    *Plaintiff*,<br><br>v.<br><br>**DOGGIE DELIGHT, INC. AND STEVEN WARD, INDIVIDUALLY,**<br><br>    *Defendants*. | Case No. 3:23-cv-693 |

## NOTICE OF APPEARANCE OF COUNSEL

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Daniel B. Moskowitz of Moskowitz, PLLC hereby appears on behalf of Defendant Doggie Delight, Inc. in the above-captioned matter. I certify that I am admitted to practice in this Court, and I appear in this case as counsel for Defendant Doggie Delight, Inc.

Dated: September 11, 2023

Respectfully submitted,

By /s/ *Daniel B. Moskowitz*
Daniel B. Moskowitz
Texas State Bar No. 24085485
dmoskowitz@dbmlaw.net
dbm@moskowitzpllc.com
Moskowitz, PLLC
325 N. Saint Paul Street
Suite 3100
Dallas, TX 75201
Tel: 469-766-3863
Fax: 214-279-1797

*Counsel for Defendant*
*Doggie Delight, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served on the following counsel of record via ECF filing, this 11th day of September, 2023, as indicated below:

Mr. Douglas Welmaker
Douglas Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601
Tel: (512) 499-2048
E-mail: doug@welmakerlaw.com

*s/ Daniel B. Moskowitz*
Daniel B. Moskowitz