IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **DEBRA JANSEN,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Case No. 3:23-cv-693-B-BN |
| | § | |
| **DOGGIE DELIGHT, INC. AND STEVEN WARD, INDIVIDUALLY,** | § § § | |
| | § | |
| **Defendants.** | § | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE FOR STEVEN WARD ONLY

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Debra Jansen hereby voluntarily dismisses Defendant Steven Ward ("Ward") from this action without prejudice. Mr. Ward has not served an answer or motion for summary judgment in this action. Accordingly, voluntary dismissal of Mr. Ward from this action without court order is permitted. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

**Plaintiff Debra Jansen is not dismissing her claims against Doggie Delight, Inc. and remains a Plaintiff in this lawsuit.**

WHEREFORE, PREMISES CONSIDERED, Plaintiff hereby gives her Notice of Dismissal without Prejudice and without the requirement of a Court Order.

Respectfully submitted,

WELMAKER LAW, PLLC


/s/  Douglas B. Welmaker
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601
Phone: (512) 799-2048
Email: doug@welmakerlaw.com

**ATTORNEY FOR PLAINTIFF**


**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice of Dismissal without Prejudice as to Steven Ward only has been electronically served on all counsel of record via Notice of Electronic Filing on a known Filing User through the CM/ECF system on September 11, 2023.


/s/ Douglas B. Welmaker
Douglas B. Welmaker