IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DEBRA JANSEN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:23-cv-693-B-BN |
| | § | |
| DOGGIE DELIGHT, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

On September 25, 2023, Defendant filed an Answer but did not file a certificate of interested persons. On October 3, 2023, the Court ordered Doggie Delight Inc. to file a certificate of interested persons by October 25, 2023. Doggie Delight did not comply. The Court orders for the second time that defendant file a certificate of interested persons by **November 9, 2023**. Defendant must comply with Local Civil Rule 7.4 so that the Court can ensure that recusal is not required in this case.

SO ORDERED.

DATED: October 26, 2023

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE