IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DEBRA JANSEN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:23-cv-693-B-BN |
| | § | |
| DOGGIE DELIGHT, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE

The Court REFERS this case to United States Magistrate Judge Hal Ray for a settlement conference. The parties are DIRECTED to coordinate with Judge Ray's chambers to schedule a settlement conference on a mutually agreeable date no later than **December 15, 2023**.

SO ORDERED.

DATED: October 30, 2023

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE