# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| DEBRA JANSEN, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 3:23-cv-00693-B-BN |
| § | |
| DOGGIE DELIGHT INC., § | |
| § | |
| Defendant. § | |

## ORDER SETTING STATUS CONFERENCE

By order dated today, United States Magistrate Judge David L. Horan ordered the parties to conduct a settlement conference with the undersigned on or before December 15, 2023. ECF No. 43. To facilitate the scheduling of that conference, the Court hereby sets a Status Conference, via telephone, on **Thursday, November 2, 2023 at 9:15 a.m.** The Clerk will email the dial-in number and code to access the conference to counsel of record.

Prior to the Status Conference, counsel **SHALL** confer and be prepared to propose three dates for the settlement conference to take place on or before December 15, 2023, excluding November 10, 23, and 24; the weeks of November 13 and 20; and December 4 and 7.

It is so **ORDERED** on October 30, 2023.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE