UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **DEBRA JANSEN,**<br><br>*Plaintiff*,<br><br>v.<br><br>**DOGGIE DELIGHT, INC. AND STEVEN WARD, INDIVIDUALLY,**<br><br>*Defendants*. | Case No. 3:23-cv-693 |

### DEFENDANT DOGGIE DELIGHT, INC'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and LR 7.4, Defendant Doggie Delight, Inc. states that it does not have a parent corporation and that no publicly held corporation owns more than 10% of its stock.

Dated: November 15, 2023

Respectfully submitted,

By /s/ *Daniel B. Moskowitz*
Daniel B. Moskowitz
Texas State Bar No. 24085485
dmoskowitz@dbmlaw.net
dbm@moskowitzpllc.com
MOSKOWITZ, PLLC
325 N. Saint Paul Street
Suite 3100
Dallas, TX 75201
Tel: 469-766-3863
Fax: 214-279-1797

*Counsel for Defendant*
*Doggie Delight, Inc.*

**CERTIFICATE OF SERVICE**

    This is to certify that a true and correct copy of the foregoing instrument has been served on the following counsel of record via ECF filing, this 15th day of November, 2023, as indicated below:

Mr. Douglas Welmaker
Douglas Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601
Tel: (512) 499-2048
E-mail: doug@welmakerlaw.com

                                                  *s/ Daniel B. Moskowitz*
                                                  Daniel B. Moskowitz