# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **DEBRA JANSEN,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:23-cv-693-B-BN |
| | § | |
| **DOGGIE DELIGHT, INC. AND STEVEN WARD, INDIVIDUALLY,** | § § § | |
| | § | |
| Defendants. | § | |

## ORDER ON UNOPPOSED MOTION TO CONTINUE MEDIATION

Before the Court is Plaintiff's Motion to Continue the mediation set for this Friday, December 15, 2023 and to extend the parties' deadline for mediation by 45 days. Having considered the same, and the evidence and argument presented, if any, it is the opinion of this Honorable Court that said Motion should be in all things granted.

Accordingly, it is hereby ORDERED that the mediation scheduled for December 15, 2023, is canceled, and the parties have 45 days from today, or until Friday, January 26, 2024, in which to schedule another mediation with Magistrate Judge Hal Ray.

SO ORDERED on December 13, 2023.

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE