IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DEBRA JANSEN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:23-cv-00693-B-BN |
| | § | |
| DOGGIE DELIGHT INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER SETTING STATUS CONFERENCE

By order dated December 13, 2023, United States Magistrate Judge David L. Horan ordered the parties to schedule another mediation in this case by January 26, 2024. To schedule that mediation, the Court hereby sets a Status Conference, via telephone, on **Friday, January 26, 2024 at 9:00 a.m.** The Clerk will email the dial-in number and code to access the conference to counsel of record.

Prior to the Status Conference, counsel **SHALL** confer and be prepared to propose three dates for the settlement conference to take place on or before February 29, 2024, during the weeks of February 12 through 16, and 26 through 29.

It is so **ORDERED** on January 23, 2024.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE