IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **DEBRA JANSEN,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:23-cv-00693-B-BN |
| | § | |
| **DOGGIE DELIGHT INC.,** | § | |
| | § | |
| Defendant. | § | |

### ORDER VACATING ORDER SETTING STATUS CONFERENCE

By order dated December 13, 2023, United States Magistrate Judge David L. Horan ordered the parties to schedule another mediation in this case by January 26, 2024. To schedule that mediation, the Court set a Status Conference, via telephone, on Friday, January 26, 2024 at 9:00 a.m.

Thereafter, Plaintiff's counsel filed an Unopposed Motion to Withdraw (ECF No. 50). For the reasons stated in that Motion, the Court determines that the Status Conference set for this Friday, January 26, should not go forward. Accordingly, the Court **VACATES** its Order Setting Status Conference (ECF No. 49) and cancels the Status Conference set on January 26, 2024.

It is so **ORDERED** on January 24, 2024.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE