IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DEBRA JANSEN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:23-cv-693-B-BN |
| | § | |
| DOGGIE DELIGHT, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER SETTING HEARING ON MOTION TO WITHDRAW AS COUNSEL

Douglas B. Welmaker, the attorney of record for Plaintiff Debra Jansen, has filed a Motion to Withdraw as counsel for Plaintiff Debra Jansen. *See* Dkt. No. 50. The motion is not opposed by Defendant Doggie Delight, Inc. *See id.* at 2-3.

The Court will hold a hearing on the motion on **Thursday, February 1, 2024, at 1:30 p.m. Central Time** in Courtroom 1561, 1100 Commerce Street, Dallas, Texas 75242 before United States Magistrate Judge David L. Horan. Plaintiff Debra Jansen; Mr. Welmaker; and Daniel B Moskowitz as counsel for Defendant Doggie Delight, Inc. must appear in person at and participate in this hearing.

SO ORDERED.

DATED: January 24, 2024

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE