UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DEBRA JANSEN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:23-cv-693-B-BN |
| | § | |
| DOGGIE DELIGHT, INC., | § | |
| | § | |
| Defendant. | § | |

## JUDGMENT

The Court has entered its Findings in the case, accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Therefore,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff Debra Jansen's case is DISMISSED without prejudice pursuant to Fed. R. Civ. P. 41(b).

It is further **ORDERED** that the Clerk shall transmit to the parties a true copy of this Judgment, together with a true copy of the Order Accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SIGNED this 3rd day of June, 2024.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE